UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJI LYNN BAKER, SR.,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.   1:23-cv-01437-EPG<br><br>ORDER APPROVING STIPULATION ON EAJA FEES<br><br>(ECF No. 21) |

On April 2, 2024, the parties filed a stipulation agreeing "that Plaintiff Anji Lynn Baker, Sr. be awarded attorney fees in the amount of One Thousand One Hundred Fourteen Dollars and Thirty-Two Cents ($1,114.32) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d[)]." (ECF No. 21, p. 1).

Pursuant to the parties' stipulation (ECF No. 21), IT IS ORDERED that attorney fees in the amount $1,114.32 shall be awarded subject to the terms of the stipulation. Given the parties' stipulation, the Clerk of Court is respectfully directed to terminate as pending Plaintiff's motion for attorney fees. (ECF No. 17).

IT IS SO ORDERED.

Dated:   **April 3, 2024**                   /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

1